## United States District Court for the Northern District of Illinois

Case Number: 08cv669   Assigned/Issued By: j. n.

Judge Name: norgle   Designated Magistrate Judge: brown

---

### FEE INFORMATION

*Amount Due:*  ☑ $350.00   ☐ $39.00   ☐ $5.00
              ☐ IFP       ☐ No Fee   ☐ Other _____
              ☐ $455.00

Number of Service Copies _____   Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350   Receipt #: 2503604

Date Payment Rec'd: 1-30-08   Fiscal Clerk: j. n.

---

### ISSUANCES

☑ Summons                              ☐ Alias Summons
☐ Third Party Summons                  ☐ Lis Pendens
☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons       _____
☐ Citation to Discover Assets              (Victim, Against and $ Amount)
☐ Writ _____
        (Type of Writ)

  2  Original and  0  copies on  1-31-08  as to  defendants
                                  (Date)

---

C:\wpwin80\docket\feeinfo.frm     03/14/05