AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Laborers' Pension Funds et al.,

v.

R & W Clark Construction, Inc., and Richard W. Clark

CASE NUMBER: **08 C 669**

ASSIGNED JUDGE:
**JUDGE NORGLE**

DESIGNATED MAGISTRATE JUDGE:
**MAGISTRATE JUDGE BROWN**

TO: (Name and address of Defendant)

R & W Clark Construction, Inc.
Registered Agent
c/o Richard W. Clark
17733 Lilac Lane
Tinley Park, IL 60477

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Karen I. Engelhardt
Allison, Slutsky & Kennedy, P.C.
230 W. Monroe Street, Suite 2600
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*(signature)*
(By) DEPUTY CLERK

January 31, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me (1) | DATE March 1'st, 2008 |
| NAME OF SERVER *(PRINT)* Philip P. Ducar | TITLE Special Process Server |

*Check one box below to indicate appropriate method of service*

XX☒ Served personally upon the defendant. Place where served: Personally handed the Summons and the Complaint to Mr. Richard W. Clark. Service was effected at 17733 Lilac Lane, in Tinley Park, Ill., at 3:55 p.m., on March 1'st, '08.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on March 1'st, 2008    *Philip P. Ducar*
             Date                  Signature of Server

Post Office Box # 911
Tinley Park, Ill. 60477

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.