Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 669 | **DATE** | 6/23/2008 |
| **CASE TITLE** | LOCAL 25 S.E.I.U. vs. CHICAGO CONTRACT CLEANING | | |

**DOCKET ENTRY TEXT**

Enter Agreed Judgment Order.

■ [ For further detail see separate order(s).]   Docketing to mail notices.



| | Courtroom Deputy Initials: | EF |
|---|---|---|