

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, JAMES S. JORGENSEN, Administrator of the Funds, <br><br> Plaintiffs, <br><br> v. <br><br> R & W CLARK CONSTRUCTION, INC., and RICHARD W. CLARK, individually, doing business as R & W Clark Construction, Inc., Defendants. | Case No. 08 C 669 <br><br> Judge Norgle |

## AGREED JUDGMENT ORDER

This matter coming to be heard on the motion of plaintiffs Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity (the "Laborers' Funds") agreed entry of a judgment.

### IT IS HEREBY ORDERED:

1. That the Clerk of the Court shall enter judgment against the defendants R & W Clark Construction, Inc., and Richard Clark, individually, in the total amount of: $136,856.05 which consists of the following:

    a) The amount of $85,888.57 in principal contributions covering the period from September 2007 through March 2008, plus a shortage for August 2007;

    b) Liquidated damages in the amount owed of $20,235.05 to the Westchester Funds covering ten and twenty percent penalties and accumulated penalties and the amount of $19,366.20 to the Fox Valley Funds;

    c) Interest in the amount of $8,009.85 which includes accumulated interest and note interest;

    d) Attorneys' fees and costs in the total amount of $3,100.00.

2. Execution of judgment is stayed pending compliance with the terms of the installment note and the individual guaranty. Should defendant fail to make a payment or payments consistent with the installment note, paragraphs 5 and 6, or fail to pay current contributions as described by the installment note paragraph 7, plaintiffs may execute on the outstanding portion of the judgment as described in paragraph one, above, without further order of court.

3. The defendant is directed to comply with their obligations to the plaintiffs under ERISA, and under the applicable collective bargaining agreement and Trust Agreements. Obligations include filing monthly reports accurately reflecting the work performed within the jurisdiction of the labor agreement and remitting timely contributions to the plaintiffs' Funds. All current contributions are due the 10th day of the month following the month in which the work is performed. At all material times, the Funds have discretion to credit any payment received from defendants to either the amounts owed as described in paragraph one or to any future unpaid contribution.

4. Defendant agrees and this Court orders defendant to maintain a surety bond in the amount required by the Union to guarantee the payment of wages, pension and welfare contributions as required by Article IX of the collective bargaining agreement.

5. Collection of contributions identified herein was based on reporting information submitted by defendants to the Funds. If it is later determined through an audit of the Company's books and records that additional amounts are owed for this period, this order does not bar plaintiffs from pursuing those amounts through any collection procedure.

6. This Court retains jurisdiction to enforce the terms of the Installment Note and this Judgment Order.

BY: _____
On behalf of the Funds

_____
On behalf of R & W Clark Construction, Inc.

_____
Richard Clark

Date 6/23/2008

ENTERED: _____
UNITED STATES DISTRICT COURT

2