# *United States District Court for the Northern District of Illinois*

Case Number: 08CV669      Assigned/Issued By: DAJ

Judge Name: NORGLE      Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*    ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____      Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____      Receipt #: _____

Date Payment Rec'd: _____      Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons      ☐ Alias Summons

☐ Third Party Summons      ☐ Lis Pendens

☐ Non Wage Garnishment Summons      ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons

☑ Citation to Discover Assets

_____
_____
(Victim, Against and $ Amount)

☐ Writ _____
(Type of Writ)

1 Original and 1 copies on 08/06/08 as to VILLAGE OF HANOVER PARK (NO NOTICE).
(Date)

---

C:\wpwin80\docket\feeinfo.frm     03/14/05