UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 08 CR 669 |
| | ) | Judge Samuel Der-Yeghiayan |
| CHRISTOPHER P. WEST, et. al. | ) | |

### ORDER

This matter coming before the Court on the Motion of the United States for Material Witness Warrants,

IT IS HEREBY ORDERED that the Motion of the United States is granted, and the material witness warrants shall be issued.

_____
Honorable John W. Darrah
United States District Judge

DATED: August 25, 2008

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
BY _____
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
DATE: 8/25/08